

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00264-CR

### Ex parte Reginald Andre Callis

On Appeal from the
24th District Court of Jackson County, Texas
Trial Court Cause No. 08-3-7806C

## JUDGMENT

The Court's judgment issued on July 28, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

September 1, 2022